# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **HEATHER BOTTUM,**  Plaintiff,  -vs-  **CUYAHOGA COUNTY, et al.**  Defendants. | Case No. 1:20-cv-00288  Judge Donald C. Nugent  **MOTION TO WITHDRAW** |

Now come Attorneys Jacqueline Greene, Sarah Gelsomino, and Terry Gilbert of the law firm of Friedman & Gilbert, and hereby move this Court to permit them to withdraw as counsel for Plaintiff Heather Bottum. With this case still in early stages of litigation, Counsel ask the Court to permit Plaintiff additional time to obtain new counsel and to respond to any pending matters before the Court. Should the Court require additional information, Counsel ask that an ex parte status conference be scheduled.

Respectfully submitted,

*/s/Jacqueline Greene*
Jacqueline Greene (0092733)
Sarah Gelsomino (0084340)
Terry Gilbert (0021948)
FRIEDMAN & GILBERT
50 Public Square, Suite 1900
Cleveland, OH 44113
T: (216) 241-1430
F: (216) 621-0427
jgreene@f-glaw.com
sgelsomino@f-glaw.com
tgilbert@f-glaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Jacqueline Greene*
JACQUELINE GREENE
*One of the Attorneys for Plaintiff*