# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **HEATHER BOTTUM,** | Case No. 1:20-cv-00288 |
| Plaintiff, | Judge David A. Ruiz |
| -vs- | |
| **CUYAHOGA COUNTY, ET AL.,** | **JOINT STATUS REPORT PURSUANT TO JANUARY 2, 2024 ORDER** |
| Defendants. | |

Plaintiff and Defendants, by and through their respective counsel, hereby submit this Joint Status Report pursuant to the Court's January 2, 2024 Order.

On July 20, 2023, the Parties mediated the case before Magistrate Judge Jonathan Greenberg and reached a tentative settlement [Doc # 85].

Following an evidentiary hearing, the Court granted the Parties Joint Motion for Order Approving Settlement [Doc # 89].

On October 31, 2023, in response to a filed Stipulated Dismissal, the Court dismissed the "matter against all Defendants, with prejudice, each party to bear its own cost" [Doc # 91].

Therefore, this case is completed and properly closed.

Respectfully submitted,

/s/ *Peter G. Pattakos*
Peter Pattakos (0082884)
Zoran Balac (0100501)
The Pattakos Law Firm LLC
101 Ghent Road
Fairlawn, Ohio 44333
Phone: 330.836.8533
Fax: 330.836.8536
peter@pattakoslaw.com
zbalac@pattakoslaw.com

*Counsel for Plaintiff*

/s/ *Matthew D. Greenwell*
MATTHEW D. GREENWELL (0077883)
LESLIE J. SHAFER (0091129)
Assistant Prosecuting Attorney
The Justice Center, Courts Tower–8th Floor
1200 Ontario Street
Cleveland, Ohio 44113
(216) 443-7823
(216) 443-7602 (Fax)
mgreenwell@prosecutor.cuyahogacounty.us
lshafer@prosecutor.cuyahogacounty.us

*Counsel for Defendants Cuyahoga County, Feben Yeshak, Matthew Schwartz, Ronita Sandifer, Frederick Barthany, Barry Hickerson, Robert Moore, Derrick Kendall, Annette Cardwell, Cherie Walsh, Michael Shaw, Jermaine Clements, Brandon Smith, Antonio Brunello, William Winkel, James Spirakis*